No. 01–1224. TRUCKEE-CARSON IRRIGATION DISTRICT *v.* UNITED STATES ET AL.; and

No. 01–1226. NEVADA ET AL. *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–1274. RCJ MEDICAL SERVICES, INC. *v.* DIRECTOR, CALIFORNIA DEPARTMENT OF HEALTH SERVICES. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 01–1280. LIGHTMAN *v.* FLAUM ET AL. Ct. App. N. Y. Certiorari denied.

No. 01–1388. HORIZON WEST, INC., ET AL. *v.* UNITED STATES EX REL. FOUNDATION AIDING THE ELDERLY ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–1395. SPRINKLER FITTERS LOCAL 417 *v.* MINNESOTA CHAPTER OF ASSOCIATED BUILDERS & CONTRACTORS, INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 01–1399. UNITED STATES EX REL. SWAFFORD *v.* BORGESS MEDICAL CENTER ET AL. C. A. 6th Cir. Certiorari denied.

No. 01–1406. TAVOULAREAS *v.* BANQUE NATIONALE DE PARIS ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–1411. COMMONWEALTH EDISON CO. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 01–1423. WADDELL *v.* VALLEY FORGE DENTAL ASSOCIATES, INC. C. A. 11th Cir. Certiorari denied.

No. 01–1424. BAIN ET AL. *v.* BUECHEL ET AL. Ct. App. N. Y. Certiorari denied.

No. 01–1426. SHANK/BALFOUR BEATTY *v.* INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL UNION No. 12. C. A. 9th Cir. Certiorari denied.